MOHAWK CARPET MILLS, INC., Respondent, *v.* STATE OF NEW YORK, Appellant. (Claim No. 25201.)

Submitted June 3, 1946; decided June 4, 1946.

*William H. Bennison* and *Coleman Taylor* for motion.
*Nathaniel L. Goldstein, Attorney-General* (*Orrin G. Judd, Edward L. Ryan* and *John R. Davison of counsel*), opposed.

Motion denied, with $10 costs.